JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7700
Fax: (415) 517-7706
Karthik_Raju@fd.org

Counsel for Defendant JERNIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MILLER JERNIGAN,<br><br>Defendant. | Case No. 26-CR-129 JSC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING** |

## STIPULATION

Defendant Miller Jernigan and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the sentencing hearing currently set for September 16, 2026, be continued to September 30, 2026, at 10:00 a.m. Defense counsel and probation would like additional time to complete Mr. Jernigan's PSR interview.

IT IS SO STIPULATED.

Dated: August 4, 2026

JODI LINKER
Federal Public Defender
/s/
Karthik Raju
Assistant Federal Public Defender

Dated: August 4, 2026

CRAIG MISSAKIAN
United States Attorney
/s/
Sloan Heffron
Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court orders that the sentencing hearing scheduled for September 16, 2026, at 10:00 a.m. is continued to September 30, 2026, at 10:00 a.m.

IT IS SO ORDERED.

DATED: August 5, 2026

HON. JACQUELINE S. CORLEY
United States District Judge